1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAEVONYE COLEMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 5:23-cv-02336 SSS (SHKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: Oct. 4, 2023 |

571620

The Court, having reviewed the JOINT STIPULATION REGARDING CONFIDENTIAL INFORMATION AND [PROPOSED] PROTECTIVE ORDER submitted by the Parties to this action and **FOR GOOD CAUSE SHOWN**, the Court hereby **GRANTS** the Parties' Joint Stipulation Regarding Confidential Information.

**IT IS SO ORDERED.**

Dated: 4/4/2024

HON. SHASHI H. KEWALRAMANI
Magistrate Judge, United States District Court for the Central District of California