JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAEVONYE COLEMAN, an individual,<br><br>           Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 to 100, inclusive,<br><br>           Defendants. | CASE NO. 5:23-cv-02336 SSS (SHKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: Oct. 4, 2023 |

583885

1   Pursuant to the stipulation of the parties under Federal Rule of Civil
2   Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND
3   HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,
4   and parties.

6   **IT IS SO ORDERED.**

8   Dated: September 30, 2024

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE